JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ADAM MILES,

    Petitioner,

v.

WARDEN OF LOMPOC,

    Respondent.

Case No. 2:21-cv-07375-PA-SP

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 20, 2024

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE